IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| FLORIDA HOMES 1987 LLC, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:25-CV-111 (MTT) |
| | * | |
| STATE FARM FIRE AND CASUALTYCOMPANY, | * | |
| Defendant. | * | |

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated November 2, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 3rd day of November, 2026.

David W. Bunt, Clerk

s/ Kami D. Seward, Deputy Clerk